■ In the Matter of VAN DE VORE, Appellant, v MARTIN RICHARDS et al., Respondents. (Proceeding No. 1.) In the Matter of DELPHIN H. GREENE, Respondent, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent, and VAN DE VORE, Appellant. (Proceeding No. 2.)—In a proceeding to validate a petition designating Van De Vore as a candidate in the Democratic Party primary election to be held on September 9, 1986, for the public office of Member of the New York State Assembly from the 33rd Assembly District, Queens County, and a proceeding to invalidate said petition, the appeals are from two judgments of the Supreme Court, Queens County (Bianchi, J.), both dated August 1, 1986, which, respectively, dismissed the proceeding to validate the petition and granted application to invalidate the petition.

Judgments affirmed, without costs or disbursements.

A review of the record indicates that the Supreme Court, Queens County, acted properly in dismissing the proceeding to validate the petition and granting the application to invalidate the petition. Thompson, J. P., Bracken, Niehoff and Spatt, JJ., concur.

■ In the Matter of EILEEN C. DUGAN, Respondent, v ANTHONY A. LA BELLA, SR., Appellant, and ROBERT S. BLACK et al., Respondents. (Proceeding No. 1.) In the Matter of JOHN J. McELHINNEY, JR., Respondent, v JEFFREY GOLKIN, Appellant, and ROBERT S. BLACK et al., Respondents (Proceeding No. 2.)— In a proceeding to invalidate a petition designating Anthony A. La Bella, Sr., as a candidate in the Democratic Party primary election to be held on September 9, 1986, for the public office of Member of the New York State Assembly from the 52nd Assembly District, Kings County, and a proceeding to invalidate petitions designating Jeffrey Golkin as a candidate in the Democratic Party primary election to be held on September 9, 1986, for the party position of Male Member of the Democratic State Committee from the 52nd Assembly District, Kings County, the appeals are from two judgments of the Supreme Court, Kings County (Slavin, J.), both dated August 4, 1986, which granted the applications.

Judgments affirmed, without costs or disbursements.

The Supreme Court, Kings County, properly granted the applications to invalidate the petitions (see, Matter of Pecoraro v Mahoney, 65 NY2d 1026; Matter of Sealy v Vann, 122 AD2d 919). Bracken, J. P., Niehoff, Eiber and Spatt, JJ., concur.